UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BRITTANY BLACKMAN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 1:15-cv-00595-JTC |
| v. | ) |
| | ) |
| **TURNING POINT SOLUTIONS, LLC;** | ) |
| **SAM GALBO; and** | ) |
| **DOE 1-5, inclusive,** | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the entire action with prejudice.

Date:  September 30, 2015

                                          s/ Robert Amador
                                          ROBERT AMADOR, ESQ.
                                          Attorney for Plaintiff BRITTANY BLACKMAN
                                          Centennial Law Offices
                                          9452 Telephone Rd. 156
                                          Ventura, CA. 93004
                                          (888)308-1119 ext. 11
                                          (888)535-8267 fax
                                          R.Amador@centenniallawoffices.com

## **CERTIFICATE OF SERVICE**

I certify that on this date, September 30, 2015, I electronically filed the foregoing Notice of Dismissal with the Clerk of Court using the CM/ECF system and I hereby certify that I mailed a copy of the foregoing, First Class U.S. Mail, to the following non-CM/ECF party:

TURNING POINT SOLUTIONS LLC
2560 WALDEN AVE, STE. 103
CHEEKTOWAGA, NEW YORK, 14224

SAM GALBO
2560 WALDEN AVE, STE. 103
CHEEKTOWAGA, NEW YORK, 14224

                        s/ Robert Amador
                        ROBERT AMADOR, ESQ.
                        Attorney for Plaintiff BRITTANY BLACKMAN
                        Centennial Law Offices
                        9452 Telephone Rd. 156
                        Ventura, CA. 93004
                        (888)308-1119 ext. 11
                        (888)535-8267 fax
                        R.Amador@centenniallawoffices.com